*In re* Luz A. Fernández Pacheco.

*Número:* AB-2000-84      *Resuelto:* 21 de noviembre de 2000

*María de Lourdes Rodríguez*, Oficial Investigadora, Comisión de Ética del Colegio de Abogados.

PER CURIAM: El 6 de diciembre de 1999, la Comisión de Ética del Colegio de Abogados de Puerto Rico (en adelante Colegio de Abogados) notificó y requirió a la Lcda. Luz A. Fernández Pacheco, la contestación a una querella presentada en su contra el 15 de noviembre de 1999. La Comisión de Ética de dicha institución le remitió a la licenciada Fernández Pacheco varias cartas para que contestara la queja. Éstas fueron enviadas el 24 de enero, el 28 de febrero, el 20 de marzo y el 3 de mayo de 2000.

En vista de que la abogada no contestó, el 9 de junio de 2000 el Colegio de Abogados, a través de su Oficial Investigadora, compareció ante nos mediante "Moción Informativa de Incumplimiento de Querella" y nos solicitó la acción que estimáramos pertinente.

Mediante Resolución de 13 de julio de 2000 le concedimos a la licenciada Fernández Pacheco quince (15) días para contestar los requerimientos del Colegio de Abogados, comparecer ante este Foro y exponer las razones por las cuales no debíamos sancionarla por la "conducta a que hace referencia el Colegio de Abogados". También le apercibimos que su incumplimiento podía conllevar acciones disciplinarias en su contra. Dicha resolución fue notificada a través de los alguaciles de este Tribunal el 4 de agosto.

No obstante lo anterior, el 25 de octubre de 2000 el Colegio de Abogados, mediante Moción Informativa, nos in-

dicó que aún la licenciada Fernández Pacheco no ha cumplido con nuestros requerimientos.

## I

Reiteradamente hemos expresado que los abogados tienen la ineludible obligación de responder diligentemente a nuestros requerimientos en relación con la investigación de una queja en su contra. La indiferencia del abogado al no responder a los requerimientos de este Tribunal podría acarrear la imposición de severas sanciones disciplinarias. *In re Corujo Collazo*, 149 D.P.R. 857, 859 (1999); *In re Ron Menéndez*, 149 D.P.R. 105, 107 (1999); *In re López López*, 149 D.P.R. 82, 83 (1999).

También hemos expresado que, aunque nos corresponde en última instancia determinar las medidas disciplinarias, la desatención y el craso incumplimiento de un abogado con los requerimientos de la Comisión de Ética Profesional del Colegio de Abogados, en la investigación de una queja en su contra, es como no contestar nuestros requerimientos, y podría tener como consecuencia la imposición de sanciones disciplinarias. *In re Rivera Rodríguez*, 147 D.P.R. 917, 922–923 (1999); *In re Negrón Negrón*, 146 D.P.R. 928, 929–930 (1999).

Como demuestra este caso, la licenciada Fernández Pacheco ha hecho caso omiso no sólo a los requerimientos del Colegio de Abogados, sino también a nuestra Resolución de 13 de julio de 2000, desafiando así nuestras advertencias.

Por todo lo antes expuesto, *se suspende indefinidamente a la Lcda. Luz Alba Fernández Pacheco del ejercicio de la profesión de abogado y hasta que otra cosa disponga el Tribunal. Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos*

*del país. Además deberá certificarnos en treinta (30) días el cumplimiento de estos deberes, notificando también al Procurador General. Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial de la abogada suspendida, debiendo entregar éstos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.*

*Se dictará la correspondiente sentencia.*

Los Jueces Asociado Señores Rebollo López y Corrada Del Río no intervinieron.